IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>UNKNOWN,<br><br>    Defendant. | No. C 15-1466 LHK (PR)<br><br>**ORDER OF DISMISSAL** |

On March 31, 2015, plaintiff, a California state prisoner proceeding *pro se*, filed a letter with the court which was construed as a civil rights complaint pursuant to 42 U.S.C. § 1983. On April 16, 2015, plaintiff filed another letter indicating that he "did not intend to file a new civil action." (Docket No. 4.)  Plaintiff may voluntarily dismiss his complaint without order of this court by filing a notice of dismissal before the opposing party serves either an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(i). Here, plaintiff's letter filed April 16, 2015, is construed as a notice of dismissal. Since defendants have not made an appearance in these proceedings, plaintiff's action is **DISMISSED** without prejudice.

The Clerk shall terminate all pending motions and deadlines and close the file.

IT IS SO ORDERED.

DATED: 5/8/2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order of Dismissal
P:\PRO-SE\LHK\CR.15\Taylor466vol-dism.wpd